NELSON MULLINS RILEY & SCARBOROUGH LLP
LAUREN A. DEEB (SBN 234143)
lauren.deeb@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Telephone:	424.221.7400
Facsimile:	424.221.7499

Attorneys for Defendant GREEN DAY POWER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHICK<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREEN DAY POWER<br><br>　　　　Defendants. | Case No.: 2:23-CV-01603-AC<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT GREEN DAY POWER TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Filed: August 3, 2023 |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 144(a), Plaintiff DEBORAH SCHICK ("Plaintiff") and Defendant GREEN DAY POWER ("Defendant") (collectively "the Parties"), by and through their respective counsel, jointly stipulate to extend the time for Defendants to respond to Plaintiff's Complaint ("Complaint"). The Parties state as follows:

WHEREAS, on August 3, 2023, Plaintiff filed a Complaint in the United States District Court, Eastern District of California against Defendant (the "Complaint). (ECF No. 1.) The Summons was contemporaneously issued as to Defendant on the same date. (See ECF No. 2.);

WHEREAS, on August 30, 2023, Defendant was served, and the summons was returned as executed. (ECF No. 5.);

WHEREAS, Defendant's response to Plaintiff's Complaint is currently due on September 20, 2023;

WHEREAS, the Parties stipulated to a 14-day extension of time, up to and including October 4, 2023;

WHEREAS, the stipulated extension for Defendant to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, Defendant has not obtained any previous extensions to respond to the Complaint; and

WHEREAS, this motion is made in good faith and not for the purpose of delay.

NOW, THEREFORE, the Parties hereby stipulate that Defendant GREEN DAY POWER's responsive pleading to Plaintiff DEBORAH SCHICK's Complaint shall be due on or before **October 4, 2023**.

**SO STIPULATED.**

///

///

| | | |
|---|---|---|
| 1 | DATED: September 20, 2023 | NELSON MULLINS, RILEY & SCARBOROUGH LLP |
| 2 | | |
| 3 | | /s/ *Lauren A. Deeb* |
| 4 | | Lauren A. Deeb<br>Attorneys for Defendant Green Day Power |
| 5 | | |
| 6 | DATED: September 20, 2023 | BURSOR & FISHER, P.A. |

/s/ *Yeremey Olegovich Krivoshev*
(as authorized on 09.20.23)
Yeremey Olegovich Krivoshey
Attorneys for Plaintiff Deborah Schick

**IT IS SO ORDERED.**

Date:   September 21, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE